

**MEMO ENDORSED**

November 10, 2020

**SO ORDERED:**

Application GRANTED. Conference is rescheduled to January 19, 2021 at 4:00 p.m.

_____
**Ona T. Wang**                    11/12/20

**Adam Bialek**
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

<u>Via ECF</u>

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Joshue Paguada et al. v. Guiry's Inc.*, No. 20-cv-05981
          Our File No. 17574.00071

Dear Judge Wang:

    My firm represents Defendant Guiry's Inc. in connection with the above-captioned case. The parties are in the midst of settlement discussions and hope to be able to settle this matter shortly. Therefore, Defendant requests that the Court extend all pending deadlines in the case by 30 days. Plaintiff consents to this motion.

    Specifically, Defendant requests that the deadlines set by the Court's October 13, 2020 Order in Docket Entry 14 be rescheduled as follows:

1. Defendant's time to answer or otherwise respond to the Complaint be extended from November 12, 2020 to December 14, 2020.

2. The Scheduling Conference that is currently scheduled for November 17, 2020, be moved to a date that is after the answer is due. Counsel proposes December 21, 2020, or December 28, 2020.

    This is Defendant's first motion to extend these deadlines; the Parties jointly moved to extend these deadlines once before and the court granted that motion on October 13, 2020 in Docket Entry No. 14.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

11289071v.1

- 2 -

Thank you in advance for your attention to this matter.

        Respectfully submitted,

Adam R. Bialek
Wilson Elser Moskowitz Edelman & Dicker, LLP
*Attorneys for Defendant*
150 East 42nd Street
New York, NY 10017
(212) 915-5143 (direct)
(212) 490-3038 (fax)
Adam.Bialek@wilsonelser.com

Sarah Fink
Wilson Elser Moskowitz Edelman & Dicker, LLP
*Attorneys for Defendant*
666 Old Country Road, Suite 602
Garden City, NY 11530
(516) 228-8907 (direct)
(516) 228-0200 (fax)
Sarah.Fink@wilsonelser.com

ARB:jm

11289071v.1