

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**VIA ECF**

Hon. Judge John Peter Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**January 21, 2021**

Re:   Paguada v. Guiry's Inc.; Case No: 1:20-cv-05981-JPC-OTW

To the Honorable Judge Cronan,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

In the Court's December 22, 2020 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now January 21, 2021, and the parties are in the final phase of settlement on the matter. At this time, the undersigned respectfully requests another additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal. Counsel for Defendant consents to the above request.

Thank you for the consideration of Plaintiff's request.

Yours sincerely,

**/s/Mars Khaimov**

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

Plaintiff's request is GRANTED. Plaintiff shall file a stipulation of voluntary dismissal by February 19, 2021.

SO ORDERED.

Date: January 21, 2021
   New York, New York

JOHN P. CRONAN
United States District Judge